

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00262-CV

**IN THE MATTER OF R.C.**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2018JUV01596
The Honorable Lisa Jarrett, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the court's Waiver of Jurisdiction and Order of Transfer to Criminal Court is VACATED, and this cause is REMANDED to the 436th District Court.

SIGNED August 28, 2019.

_____
Irene Rios, Justice